WAKE COUNTY HUMAN SERVICES,
Plaintiff–Appellee,

v.

William Scott DAVIS, Jr.,
Defendant–Appellant,

Wake County Human Services,
Plaintiff–Appellee,

v.

William Scott Davis, Jr., Defendant–
Appellant,

Wake County Human Services,
Plaintiff–Appellee,

v.

William Scott Davis, Jr., Defendant–
Appellant,

State of North Carolina,
Plaintiff–Appellee,

v.

William Scott Davis, Jr., Defendant–
Appellant,

William Scott Davis, Jr., as next best
friend to his daughter J.F.D., a
minor, Plaintiff–Appellant,

and

J.F.D., a minor, Plaintiff,

v.

Charlotte Mitchel, individually and as
Guardian Ad Litem of J.F.D., appoint-
ed by the Court; Wendy Kirwan, indi-
vidually and as Supervisor Wake
County N.C. Guardian Ad Litem Pro-
gram; Naomie Livingston, Individual-
ly and as Director Wake County NC
Guardian Ad Litem Program and all
staff individually and in their official
capacities as program managers, supe-
riors and Advocate Attorneys for the
Wake County NC 10th Judicial Dis-
trict Guardian Ad Litem Program;
Jane Volland, Individually, and as Di-
rector of the State of North Carolina
Ad Litem; Beverly Perdue, individual-
ly and as Governor of the State of
North Carolina; Nancy Berson, indi-
vidually and as Child and Family for
UNC School of Medicine Program on
Childhood Trauma and Maltreatment;
Anthony Hal Morris, Individually and
in their official capacities as Advocate
Attorneys for the Wake County N.C.
Guardian Ad Litem Program; Rich-
ard Croutharmel, Individually and in
their official capacities as Advocate
Attorneys; for the Wake County N.C.
Guardian Ad Litem Program; Susan
F. Vick, Individually and in their offi-
cial capacities as Advocate Attorneys;
for the Wake County N.C. Guardian
Ad Litem Program; Reginald
O'Rourke, Individually and in their
official capacities as Advocate Attor-
neys; for the Wake County N.C.
Guardian Ad Litem Program; Mellon-
nee Kennedy, Individually and in their
official capacities as Advocate Attor-
neys; for the Wake County N.C.
Guardian Ad Litem Program; Carrie
Flatt, Individually and in their official
capacities, as Program Supervisors for
the Wake County, N.C. Guardian Ad
Litem Program; Fonda Lyons–Cou-
sar; Margaret Hertzler, individually
and in their official capacities, as Pro-
gram Supervisors for the Wake Coun-
ty, N.C. Guardian Ad Litem Program;
Cheryl Hanes, Individually and in
their official capacities, as Program
Supervisors for the Wake County, N.C.
Guardian Ad Litem Program, Defen-
dants–Appellees,

William Scott Davis, Jr.,
Plaintiff–Appellant,

v.

State of North Carolina; Beverly Per-
due, Governor; Melanie A. Shekita;
Colon Willoughby; Eric Craig Chasse;
Lori Christina; Robert Rael; David

Cook; Albert Singer; Roger Askew; Elizabeth McCleery; Sydney Batell; Scott Warren; North Carolina Department of Health & Human Services; Wake County Human Services; Ramon Rajeno; John Tenna; Warren Luckwig; Lisa Sellers; Danielle Doyle; Jan Magri; Audrey Richardson; Tammy Patterson; Allison Thompson; Sonja Carlton; Wake County Board of Directors; Wake County School Board; Kingwood Elementary School; Sherry Sesser; Elaine Hoffett; Kristen Lewis; Town of Cary; Cary Police Department; Seth Cunningham; Pat Bazemore; Irving Lessett; Michelle Savage; Gregory Savage; Adam Shakate; Mark Everson; Nancy Benson; Jane Volland; Maonie Livingston; Charlotte Mitchell; Wendy Kirwin; Richard Crouthimel; Hal Morris; Susan Vick; Jane Doe; North Carolina Department of Corrections; Denise Edwards; Allen Bronies; Angela Hass; David Duke; Jamie Hunt; Ollie Taylor; Robert Brown; Richard Durham; Robin Strickland; Brian Demefone, Defendants–Appellees.

Nos. 15–1968, 15–1969, 15–1970, 15–1971, 15–1972, 15–7355.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2015.

Decided: Dec. 17, 2015.

William Scott Davis, Jr., Appellant Pro Se. Roger Allen Askew, Wake County Attorney's Office, Raleigh, North Carolina, for Appellees.

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, William Scott Davis, Jr., seeks to appeal the district court's orders denying his motions for recusal and to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wake Cty. Human Servs. v. Davis*, No. 5:14–cv–00005–F (E.D.N.C. July 14, 2015); *id.* (Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*